United States Bankruptcy Court

Middle District of Florida

In re:  
Robert Mercado  
    Debtor

Case No. 24-06247-GER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: admin      Page 1 of 4  
Date Rcvd: Feb 25, 2025      Form ID: B318      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Mercado, 784 E Birchwood Circle, Kissimmee, FL 34743-9679 |
| 31268513 | + | Ability Health Services and Rehabilitati, 100 E 2ND Ave Ste 210, Rome, GA 30161-1718 |
| 31268520 | + | Bass Pro Shop Capital One Club Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 31268532 | | Paypal Credit, 200 14th Ave E, Sartell, MN 56377-4500 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31273738 | | EDI: ATLASACQU | Feb 26 2025 02:56:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 31275030 | | EDI: ATLASACQU | Feb 26 2025 02:56:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 31268514 | + | EDI: WFNNB.COM | Feb 26 2025 02:56:00 | Academy Credit Card, Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 31268516 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 25 2025 23:34:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31268515 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 25 2025 23:34:02 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31268519 | + | EDI: TSYS2 | Feb 26 2025 02:56:00 | Barclays Bank Delaware, PO box 8803, Wilmington, DE 19899-8803 |
| 31268526 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Feb 26 2025 02:57:00 | Carmax Auto Finance, P.O. Box 440609, Kennesaw, GA 30160 |
| 31268522 | | EDI: CAPITALONE.COM | Feb 26 2025 02:56:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31268522 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 23:35:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31268521 | | EDI: CAPITALONE.COM | Feb 26 2025 02:56:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 31268521 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 00:10:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 31268525 | | EDI: Q3GTBI | Feb 26 2025 02:56:00 | Capital One National Associat, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 31268511 | | EDI: FLDEPREV.COM | Feb 26 2025 02:56:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31268512 | | EDI: IRS.COM | Feb 26 2025 02:56:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31268527 | + | EDI: WFNNB.COM | | |

| District/off: 113A-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: B318 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 26 2025 02:56:00 | Jared the Galleria of Jewelry, PO Box 650972, Dallas, TX 75265-0972 |
| 31268528 | | EDI: JEFFERSONCAP.COM | Feb 26 2025 02:56:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31312347 | + | EDI: JEFFERSONCAP.COM | Feb 26 2025 02:56:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31268529 | | EDI: JEFFERSONCAP.COM | Feb 26 2025 02:56:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31268530 | | EDI: JPMORGANCHASE | Feb 26 2025 02:56:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 31268530 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 23:36:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 31268531 | | EDI: JPMORGANCHASE | Feb 26 2025 02:56:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 31268531 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 00:30:34 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 31312348 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2025 02:58:00 | Midland Credit Management, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 31268510 | | Email/Text: taxbankruptcy@osceola.org | Feb 26 2025 02:58:00 | Osceola County Tax Collector, Post Office Box 422105, Kissimmee FL 34742-2105 |
| 31268532 | ^ | MEBN | Feb 25 2025 22:09:03 | Paypal Credit, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31268535 | + | EDI: SYNC | Feb 26 2025 02:56:00 | Syncb/Rooms to Go, PO Box 71757, Philadelphia, PA 19176-1757 |
| 31268535 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:35:37 | Syncb/Rooms to Go, PO Box 71757, Philadelphia, PA 19176-1757 |
| 31268536 | | EDI: SYNC | Feb 26 2025 02:56:00 | Syncb/Rooms to Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268536 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:34:35 | Syncb/Rooms to Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268533 | + | EDI: SYNC | Feb 26 2025 02:56:00 | Syncb/ccdstr, PO Box 71757, Philadelphia, PA 19176-1757 |
| 31268533 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:33:54 | Syncb/ccdstr, PO Box 71757, Philadelphia, PA 19176-1757 |
| 31268534 | | EDI: SYNC | Feb 26 2025 02:56:00 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268534 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:49:23 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268537 | + | EDI: SYNC | Feb 26 2025 02:56:00 | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 31268537 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:49:33 | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 31268538 | | EDI: SYNC | Feb 26 2025 02:56:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268538 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 00:08:47 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268540 | | EDI: SYNC | Feb 26 2025 02:56:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268540 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:35:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 31268539 | + | EDI: SYNC | | |

Case 6:24-bk-06247-GER    Doc 24    Filed 02/27/25    Page 3 of 7

| District/off: 113A-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: B318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 26 2025 02:56:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 31268539 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 23:34:26 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 31268541 | + | EDI: Q3GTBI | Feb 26 2025 02:56:00 | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 31312349 | + | EDI: Q3GTBI | Feb 26 2025 02:56:00 | The Bureaus Inc, 650 Dundee Rd Ste 370, Northbrook IL 60062-2757 |
| 31268542 | | EDI: Q3GTBI | Feb 26 2025 02:56:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 31268544 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 25 2025 23:49:26 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 31268543 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 26 2025 02:49:05 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31268518 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31268517 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31268524 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31268523 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 31322195 | *+ | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31327195 | *+ | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31322196 | *+ | Midland Credit Management, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 31327196 | *+ | Midland Credit Management, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 31322197 | *+ | The Bureaus Inc, 650 Dundee Rd Ste. 370, Northbrook, IL 60062-2757 |
| 31327197 | *+ | The Bureaus Inc, 650 Dundee Rd Ste. 370, Northbrook, IL 60062-2757 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Gene T Chambers | |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 25, 2025 | Form ID: B318 | Total Noticed: 37 |

gtchambers@cfl.rr.com gtc@trustesolutions.com;gtc@trustesolutions.net

John A Russo
   on behalf of Debtor Robert Mercado john.russo@jarussolaw.com russo.johnb123509@notify.bestcase.com

United States Trustee - ORL7/13
   USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Mercado<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8736<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Florida | |
| Case number: | 6:24-bk-06247-GER | |

# Order of Discharge                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Mercado
aka ROBERT MERCADO, aka ROBERT MERCADO, aka ROBERTO MERCADO, aka ROBERT MERCADO

Dated: February 25, 2025

Grace E. Robson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**